Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Yericho Yisrael appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action against the University of Missouri and several of its officers, curators and personnel. Having carefully reviewed the record and the parties' briefs, we conclude that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Franklin H. Burch appeals the district court's * adverse grant of summary judgment in Burch's employment-related lawsuit. After careful review of the record, *see Eddings v. City of Hot Springs, Ark.*, 323 F.3d 596, 600 (8th Cir.2003) (standard of review), we affirm for the reasons stated in the district court's thorough and well-reasoned opinion, *see* 8th Cir. R. 47B, and we also deny Burch's pending motions.

A true copy.

**Franklin H. BURCH, Appellant,**

v.

**KANSAS CITY SCHOOL DISTRICT; Kansas City Federation of Teachers & School Related Personnel Local 691, AFL–CIO; Judy Morgan; Delores Pittman; Rex Hull, Appellees.**

No. 02–3847.

United States Court of Appeals, Eighth Circuit.

Submitted April 30, 2003.

Decided May 12, 2003.

**James HIGHTOWER, Sr., Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of the Social Security Administration, Appellee.**

No. 02–3614.

United States Court of Appeals, Eighth Circuit.

Submitted May 6, 2003.

Decided May 12, 2003.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

* The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.